# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

### PETITION

I, **Jayson Watkins**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 745 Fifth Avenue Suite 500
New York, NY 10151

Office Telephone: 816-281-7162

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of Missouri - 04/22/2009, U.S.D.C. for District of Kansas - 10/22/2013, U.S.D.C for Southern District of Illinois - 01/22/16

U.S.D.C. for Central District of Illinois - 04/26/16, U.S.D.C for Western District of Arkansas - 02/17/21, U.S.D.C for Eastern District of Missouri - 10/19/12

U.S.D.C for Western District of Missouri - 10/22/09, U. S. Court of Appeals for the 8th Circuit - 11/15/17

My attorney Identification number is: 61434 (MO)

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____  Date: _____

---

Updated: 3/24/2025

Please Complete the Following:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None.

Any disciplinary actions, contempt proceedings, criminal charges, or other proceedings in which I am a named party, pending before any court, board, or tribunal: (State the facts and circumstances connected with each; if none, state "none".)

None.

I am seeking:

☐ General Admission under Local Rule LR 83.8.1

☑ Special Admission (specify by placing a checkmark in the appropriate rule below)

LR 83.8.2.1 ☑, LR 83.8.2.2 ☐, LR 83.8.2.3 ☐, or LR 83.8.2.4 ☐

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

Pro Hac Vice Admission

Pro Hac Vice Admission

NAME THE PARTY YOU REPRESENT:

Demetrius McCutchen

If special admission is requested for a particular case, please list case number and caption:

Case # 3:25-cv-01832-KM

Caption # Demetrius McCutchen v. First Advantage Background Services Corp

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1 shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences, and trials. (See LR 83.9)

    If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

    Catherine Cline Bar No. 125955

    Siri & Glimstad LLP, 745 Fifth Avenue Suite 500, New York, NY 10151

    888-SIRI-LAW

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

Jayson Watkins
*Digitally signed by Jayson Watkins*
*Date: 2025.10.07 07:14:21 -04'00'*

SIGNATURE OF PETITIONER

61434 - Missouri

(Bar Identification Number and State where admitted)

10/07/2025

(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

Jayson Watkins
*Digitally signed by Jayson Watkins*
*Date: 2025.10.07 07:14:55 -04'00'*

SIGNATURE OF PETITIONER