# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEMETRIUS MCCUTCHEN on behalf himself and other similarly situated,** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**FIRST ADVANTAGE BACKGROUND SERVICES CORP** )<br>)<br>*Defendant* ) | Civil Action No. 3:25-cv-01832-KM |

## AFFIDAVIT OF SERVICE

I, Emilie Heath, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to FIRST ADVANTAGE BACKGROUND SERVICES CORP in Dauphin County, PA on October 8, 2025 at 2:56 pm at 5235 North Front Street, Harrisburg, PA 17110 by leaving the following documents with Sam Adgie who as Clerk at Corporation Service Company is authorized by appointment or by law to receive service of process for FIRST ADVANTAGE BACKGROUND SERVICES CORP.

COMPLAINT
SUMMONS IN A CIVIL ACTION

White Male, est. age 25-34, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.3375832799,-76.9059995396
Photograph: See Exhibit 1


Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ___Dauphin County___, ___PA___ on ___10/9/2025___.

/s/ *Emilie Heath*
_____
Signature
Emilie Heath
+1 (717) 678-2523

Exhibit 1a)

