# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT : *3:25cv1832*

## PETITION

I, **Jayson Watkins**_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: **745 Fifth Avenue Suite 500**

**New York, NY 10151**

Office Telephone: **816-281-7162**

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of Missouri - 04/22/2009, U.S.D.C. for District of Kansas - 10/22/2013, U.S.D.C for Southern District of Illinois - 01/22/16

U.S.D.C. for Central District of Illinois - 04/26/16, U.S.D.C for Western District of Arkansas - 02/17/21, U.S.D.C for Eastern District of Missouri - 10/19/12

U.S.D.C for Western District of Missouri - 10/22/09, U. S. Court of Appeals for the 8th Circuit - 11/15/17

My attorney Identification number is: **61434 (MO)**

---

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

_____SPECIAL ADMISSION:   *Karoline Mehalchick*

GRANTED BY THE COURT _____   Date: 10/20/25

---